230

368 A.2d 277

COMMONWEALTH of Pennsylvania

v. ·

Richard MORGAN, Appellant.

Supreme Court of Pennsylvania.

Argued Jan. 19, 1976.

Decided Jan. 28, 1977.

Defender Association of Philadelphia, John W. Packel, Asst. Defender, Chief, Appeals Div., Douglas Riblet, Asst. Defender, for appellant.

F. Emmett Fitzpatrick, Dist. Atty., Steven H. Goldblatt, Asst. Dist. Atty., Chief, Appeals Div., Glen S. Gitomer, Asst. Dist. Atty., for appellee.

Before JONES, C. J., and EAGEN, O'BRIEN, ROBERTS, POMEROY, NIX and MANDERINO, JJ.


OPINION

PER CURIAM.

Judgment of sentence affirmed 364 A.2d 891.